**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. WEBER, <br><br> Plaintiff, <br><br> v. <br><br> DIAZ & ASSOCIATES, INC., <br><br> Defendant. | Case No. 8:21-cv-01697-DOC-ADS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOW COMES the Plaintiff, GREGORY A. WEBER ("Plaintiff"), by and through the undersigned counsel and in support of his Notice of Voluntary Dismissal, without Prejudice, state as follows:

The Parties have reached a settlement, however, it will take several months for the Parties to finalize the terms of the settlement agreement. Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, DIAZ & ASSOCIATES, INC., without prejudice, with leave to reinstate through April 11, 2022. After April 11, 2022, the dismissal shall

become with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 12th day of November 2021.

/s/ Alejandro E. Figueroa
Alejandro E. Figueroa
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Alejandro E. Figueroa
Alejandro E. Figueroa

2